# HEROLD AND HAINES

PROFESSIONAL ASSOCIATION     25 INDEPENDENCE BOULEVARD     TEL 908•647•1022
ATTORNEYS AT LAW     WARREN, NEW JERSEY 07059-6747     FAX 908•647•7721

www.heroldhaines.com
gjacobson@heroldhaines.com
Extension 117

April 1, 2008

Honorable Peter G. Sheridan
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building
   and Courthouse
50 Walnut Street
Newark, New Jersey 07102

       **Re:**    **In re Samm, Inc., et al.**
                **Case No. 08-CV-1118 (PGS)**

Dear Judge Sheridan:

      The undersigned represents Gary S. Jacobson, Trustee, the Appellee in the captioned appeal from the Bankruptcy Court.

      With the consent of the Appellant, we respectfully request a two-week adjournment of the remaining briefing schedule (Appellee's Brief due April 7; Appellant's Reply due April 17; oral argument May 5, 2008).

      We thank the Court for its consideration of this request.

                                                          Respectfully,

                                                           Gary S. Jacobson

GSJ/wlg

cc:    Samuel Feldman, Esq.

**SO ORDERED:** /s/ Peter G. Sheridan
**DATED:** 4/17/08